Commonwealth ex rel. Dorsey, Appellant, v.
Maroney.

Submitted November 8, 1965. *Walter A. Dorsey*, appellant, in propria persona; *Arnold W. Hirsch*, First Assistant District Attorney, and *Harold V. Fergus*, District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Duronio, Appellant, v.
Russell.

Submitted November 8, 1965. *Roger F. Duronio*, appellant, in propria persona; *John K. Best*, First Assistant District Attorney, and *Richard E. McCormick*, District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Enty, Appellant, v.
Duggan.

Submitted November 8, 1965. *Charles D. Enty*, appellant, in propria persona; *Edwin J. Martin*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for appellee.

Order affirmed.